# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

ASHLEY FARMER
**Plaintiff**     *

v.     *     Civil No.: PJM-13-2393

NATIONAL CREDIT ADJUSTERS, LLC, et al*
**Defendants**
******

## ORDER OF DEFAULT

It appearing from the records and/or affidavit the summons and Complaint were properly served upon the above named Defendant on __August 23, 2013__, and that the time for said Defendant to plead or otherwise defend expired on __September 13, 2013__, and that said Defendant has failed to plead or otherwise defend as directed in said summons and as provided by the Federal Rules of Civil Procedure.

Therefore, upon the request of the Plaintiff, and pursuant to Rule 55 of the Federal Rules of Civil Procedure, it is

**ORDERED**, that default for want of answer or other defense by said Defendant is entered this __27th__ day of __November, 2013__.

FELICIA C. CANNON, CLERK

By:   /s/
Ella S. Peterson
Deputy Clerk

U.S. District Court (Rev. 1/2000) - Order of Default