UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| Ashley Farmer,<br><br>  Plaintiff,<br>v.<br><br>National Credit Adjusters, LLC; and DOES 1-10, inclusive,<br><br>  Defendant. | Civil Action No.:  8:13-cv-02393-PJM |

NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY
DISMISSAL OF ACTION WITH PREJUDICE
PURSUANT TO RULE 41(a)

Ashley Farmer ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: February 19, 2014

> Respectfully submitted,
> By /s/ Sergei Lemberg
> Sergei Lemberg, Esq.
> LEMBERG LAW L.L.C.
> A Connecticut Law Firm
> 1100 Summer Street, 3rd Floor
> Stamford, CT 06905
> Telephone: (203) 653-2250
> Facsimile:  (203) 653-3424
> ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

  I hereby certify that on February 19, 2014, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court for the District of Maryland Electronic Document Filing System (ECF) and that the document is available on the ECF system.

             By /s/ Sergei Lemberg

              Sergei Lemberg